UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jimmy Fanfan #90863-053

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

M.C.C
F.B.O.P, Robert.Beaudouin MD,
Joaquin Y, MLP, Ancrum cheryl
DDs, Dr.Daniel Kaufman, Lopes Hy-
gor NRP, Singh Mandeep PA.C

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?   ☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

8th Amendment, Pain and Suffering.
Cruel Unusual Punishments Inflicted
Negligence.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Robert Beaudouin, MD_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Jimmy_                          _Fan Fan_
First Name        Middle Initial        Last Name

_150    Park Row, Metropolitan Corr. Center._
Street Address

_New York_          _N.Y_          _10007_
County, City          State          Zip Code

_(347)234.1296_
Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Robert                    Beaudouin   MD
First Name                 Last Name

Doctor
Current Job Title (or other identifying information)

150 Park Row, New York
Current Work Address (or other address where defendant may be served)

New york            N.Y            10007
County, City          State          Zip Code

Defendant 2:  Y                    Joaquins
First Name                 Last Name

MLP
Current Job Title (or other identifying information)

150 Park Row
Current Work Address (or other address where defendant may be served)

New york            N.Y            10007
County, City          State          Zip Code

Defendant 3:  Cheryl              Ancrum
First Name                 Last Name

Dentist
Current Job Title (or other identifying information)

150 Park Row
Current Work Address (or other address where defendant may be served)

New York            N.Y            10007
County, City          State          Zip Code

Defendant 4: <u>Daniel</u>               <u>Kaufman</u>
First Name                    Last Name

<u>Doctor</u>
Current Job Title (or other identifying information)

<u>Ocean   Ave</u>
Current Work Address (or other address where defendant may be served)

<u>Kings</u>                    <u>N.Y</u>
County, City                State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: <u>M.C.C Metropolitan correctional center,</u>

Date(s) of occurrence: <u>2.22.20, 3;20.20, 4.3.20</u>

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I complained to Medical Staff of flu like symptoms to Medical, staff ignored complaint on 2.22.20 from flu like symptoms I passed out, Medical claim there was nothing wrong with me, but I complained of pain in jaw, and was told take an aspiran, when the pain would not go away. I stop the A.W of M.C.C and explained I could not bare the pain in left jaw. A.W had them look at me on 3.2.20 they said I would get X-Ray's, this was what Joaquin stated. I had to make Multipule complaints to get to X-Ray, And when I did on 3.19.20 the X-Ray showed I had 2 Frature's in left jaw. On 4.23.20 when hardware was Removed it was torture he cut me gums Dr. Kaufman to Removed the Screws without

Attach, Exibit (1)

Any proper Sadat to ease the pain I was in so much pain. I Felt like passing out. The officers that escorted me had to hold me down to the chair. As Dr. Daniel Kaufman removed the Screws and plate off my gums. As for what Medical wrote where lies. There was Extreame Pain. And also given the wrong medication on 5·17·20 by Lopes, Hygar NRP which was 100 mg of Methadone.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(1) mandibular left angle fracture and 2) mandibular left low condylar fracture. I got an Operation to line my Jaw, with screws, wires and 2 metal plates on my Gums.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

two million Dollers, $ 2,000,000 is what I'm Seeking...

# Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter - Administrative Note

| | | | | | | Reg #: | 90863-053 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | | | | Facility: | NYM |
| Date of Birth: | 10/20/1971 | Sex: | M | Race: BLACK | | Unit: | I01 |
| Note Date: | 03/18/2020 14:09 | Provider: | Ancrum, Cheryl DDS | | | | |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**     Provider: Ancrum, Cheryl DDS

Oral Surgery consult for evaluation of 1) mandibular left angle fx and 2) mandibular left low condylar fx, as per Dr. Kaufman

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oral Surgery | 03/19/2020 | 03/19/2020 | Urgent | No | |

**Subtype:**

Oral Surgery

**Reason for Request:**

Per Dr. Kaufman, please send to ER to evaluate 1) mandibular left angle fracture and 2) mandibular left low condylar fracture

**Provisional Diagnosis:**

Mandibular fractures

**Additional Records Required for Consultation:**

X-ray Image(s)

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ancrum, Cheryl DDS on 03/18/2020 14:14

Requested to be reviewed by Beaudouin, Robert MD.

Review documentation will be displayed on the following page.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *1-18-21* | *Jimmy Fan Fan* |
| Dated | Plaintiff's Signature |
| *Jimmy* | *Fan Fan* |
| First Name        Middle Initial | Last Name |
| *150 Park Row, MCC* | *New York, Metropolitan C.C* |
| Street Address | |
| *New York* | *N.Y*        *10007* |
| County, City | State        Zip Code |
| *(347)234-1296* | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Jimmy Fan Fan #90863-053
M.C.C New York.
Metropolitan Correctional Center.
150 Park Row
New York N.Y 1000 7

Pro Se In take Unit R
500 Pearl Street
New York N.Y 1000 7



