UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY FANFAN,
                        Plaintiff,

            -against-

MCC; FBOP; ROBERT BEAUDOUIN MD;
JOAQUIN Y, MLP; CHERLY ANCRUM DDS;
DR. DANIEL KAUFMAN; LOPEX HYGOR
NRP; SINGH MANDEEP PA.C,
                        Defendants.
------------------------------------------------------------X

21 Civ. 704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 16, 2021, the Court issued an Order (1) dismissing all claims, except those against Dr. Daniel Kaufman, (2) directing Plaintiff to file any letter seeking to replead claims against Lopes Hygor, Cheryl Ancrum, Robert Beaudoin, Joaquin Y. and Singh Mandeep, along with a proposed amended complaint, by March 12, 2021, and (3) directing the United States Attorney for the Southern District of New York to ascertain the service address for Dr. Kaufman and provide this information to Plaintiff and the Court within sixty days of the date of the Order. Dkt. No. 7.

    WHEREAS, Plaintiff did not file a letter seeking to replead any claims.

    WHEREAS, the United States Attorney for the Southern District of New York provided the following address for Dr. Daniel Kaufman:

> Dr. Daniel Kaufman, MD
> Discreet Plastic Surgery
> 1599 East 15th Street
> Brooklyn, NY 11230.

Dkt. No. 8.

    WHEREAS, an initial pretrial conference is scheduled for April 15, 2021. Dkt. No. 6.

    WHEREAS, on April 5, 2021, the United States Attorney for the Southern District of

New York filed a letter seeking guidance on whether Government counsel should attend the initial pretrial conference.  Dkt. No. 9.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for April 15, 2021, is **ADJOURNED to May 20, 2021, at 10:40 a.m.**  The conference will be telephonic and will take place on the following conference line: 888-363-4749, access code: 5583333.  Government counsel should attend only if it represents Dr. Kaufman.  It is further

**ORDERED** that Government counsel shall transmit a copy of this Order to the Warden of the MCC to (1) ensure he is informed that the initial pretrial conference was adjourned and (2) determine the telephone number at which Plaintiff will be reachable for the conference on May 20, 2021, at 10:40 a.m., and by **May 13, 2021**, shall file a letter informing the Court of these arrangements.

The Clerk of Court is respectfully directed (1) to complete a USM-285 form with the address for Dr. Kaufman and deliver all documents necessary to effect service on Dr. Kaufman to the U.S. Marshals Service; (2) to mail a copy of this Order to Plaintiff at the following address:

> Jimmy FanFan
> Reg. No. 90863-053
> M.C.C. New York
> 150 Park Row
> New York, NY 1007,

and note service on the docket; and (3) to close the motion at Docket No. 9.

Dated: April 9, 2021
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2