UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JIMMY FANFAN,                                               :
                                                            :
                Plaintiff,                          :
                                                            :  21 Civ. 704 (LGS)
         -against-                                       :
                                                            :  ORDER
                                                            :
DR. DANIEL KAUFMAN,                                         :
                Defendant.                          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on May 17, 2021. For the reasons stated during the conference, it is hereby

       **ORDERED** that Plaintiff's oral application to file an amended complaint is granted. By **May 31, 2021**, Defendant shall do so by filing a letter to supplement to the current complaint, alleging any additional facts as to Defendants Joaquin Y. and Cheryl Ancrum and attaching his medical records. It is further

       **ORDERED** that Defendants' deadline to answer any amended complaint is **ADJOURNED** *sine die*. The Court will set one deadline to answer that applies to all Defendants, including Dr. Daniel Kaufman, once Dr. Kaufman has been served.

       The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.


Dated: May 17, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE