UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JIMMY FANFAN,                                               :
                                      Plaintiff,            :
                                                            :           21 Civ. 704 (LGS)
                         -against-                          :
                                                            :           ORDER
DR. DANIEL KAUFMAN,                                         :
                                      Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 16, 2021, the Court issued an Order dismissing without prejudice all claims against Robert Beaudouin, Joaquin Y., Cheryl Ancrum, Lopes Hygor and Singh Mandeep.  Dkt. No. 7.

WHEREAS, a conference was held on May 17, 2021.

WHEREAS, for the reasons stated during the conference, the Court granted Plaintiff's oral application to file an amended complaint alleging any additional facts as to Defendants Joaquin Y. and Cheryl Ancrum and attaching his medical records; directed Plaintiff to file any amended complaint by May 31, 2021; and adjourned *sine die* Defendants' deadline to answer any amended complaint.  Dkt. No. 15.

WHEREAS, no such amended complaint was filed.

WHEREAS, the only remaining Defendant in this action is Dr. Daniel Kaufman.

WHEREAS, Dr. Kaufman was served on June 17, 2021, (Dkt. No. 16) but has not yet appeared.  It is hereby

**ORDERED** that Dr. Kaufman shall answer, move or otherwise respond to the Complaint by **August 30, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff

and on Dr. Kaufman, at the following address:

Discreet Plastic Surgery;
1599 East 15th Street
Brooklyn, NY 11230.

Dated:  August 9, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE