UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :

JIMMY FANFAN,                       :
                     Plaintiff,   :
                                :       21 Civ. 704 (LGS)
          -against-         :
                                :        <u>ORDER</u>
DR. DANIEL KAUFMAN,         :
                    Defendant.  :
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

## I.    AUGUST 9, 2021 ORDER DIRECTING DEFENDANT TO ANSWER

WHEREAS, the Court granted Plaintiff's oral application to file, by May 31, 2021, an amended complaint alleging any additional facts as to Defendants Joaquin Y. and Cheryl Ancrum and attaching his relevant medical records.  Dkt. No. 15.

WHEREAS, on August 9, 2021, the Court issued an Order stating that Plaintiff did not file an amended complaint and directing Dr. Daniel Kaufman to answer, move or otherwise respond to the Complaint by August 30, 2021. Dkt. No. 17.

WHEREAS, the Court subsequently received by mail Plaintiff's May 18, 2021, letter supplement to the Complaint, which is attached as Exhibit A and construed together with the Complaint as the Amended Complaint.  *See Brooks v. Westchester Cnty. Jail*, No. 19 Civ. 10901, 2019 WL 6735607, at *1 (S.D.N.Y. Dec. 11, 2019) (construing a complaint and amended complaint together).  It is hereby

**ORDERED** that, the deadline to answer the operative complaint -- now the Amended Complaint -- is **ADJOURNED *sine die*** and, for the reasons stated below, will be rescheduled once the U.S. Marshal's Services has effected service of the Amended Complaint on both Dr. Kaufman and Defendant Joaquin Y.

## II.   *BIVENS* CLAIMS

WHEREAS, the Prison Litigation Reform Act requires that federal courts screen complaints brought by prisoners who seek relief against a governmental entity or an officer or employee of a governmental entity.  *See* U.S.C. § 1915(a).  The Court must dismiss a prisoner's IFP complaint, or any portion of the complaint, that is frivolous or malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Harnage v. Lightner*, 916 F.3d 138, 140 n.1 (2d Cir. 2019).

WHEREAS, the Court is obliged to construe *pro se* pleadings liberally and interpret them to raise the strongest claims that they suggest.  *Costabile v. N.Y.C. Health and Hosp. Corp.*, 951 F.3d 77, 80 (2d Cir. 2020); *see also Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 477 (2d Cir. 2006) ("There are many cases in which we have said that a *pro se* litigant is entitled to special solicitude; that a *pro se* litigant's submissions must be construed liberally; and that such submissions be read to raise the strongest arguments that they suggest." (internal quotation marks omitted)).  But this "special solicitude" in *pro se* cases, *Triestman*, 470 F.3d at 477, has its limits -- to state a claim, *pro se* pleadings still must comply with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to make a short and plain statement showing that the pleader is entitled to relief.

WHEREAS, the Supreme Court has held that under Rule 8, a complaint must include enough facts to state a claim for relief "that is plausible on its face."  *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  A claim is facially plausible if the complaint pleads enough factual detail to allow the Court to draw the inference that the defendant is liable for the alleged misconduct.  *Id*. at 556.  In reviewing the complaint, the Court must accept all well-pleaded

2

factual allegations as true.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009).

WHEREAS, because Plaintiff alleges that employees of the federal government violated

his constitutional rights, his claims are construed as arising under *Bivens v. Six Unknown Named*

*Agents of FBI*, 403 U.S. 388, 389-90 (1971) (considering whether a complaint stated a federal

cause of action under the Fourth Amendment for damages, where the complaint alleged agents of

the Federal Bureau of Narcotics, acting under color of federal law, made a warrantless entry); *see*

*Iqbal*, 556 U.S. at 675-76 ("[*Bivens*] is the federal analog to suits brought against state officials

under [] 42 U.S.C. § 1983.") (internal citation omitted).

WHEREAS, the Amended Complaint purports to allege *Bivens* claims against Robert

Beaudoin, Cheryl Ancrum and Joaquin Y.  *See* Exhibit A.

WHEREAS, to state a claim for relief under *Bivens*, a plaintiff must allege facts that

plausibly show that: (1) the challenged action was attributable to an officer acting under color of

federal law, and (2) such conduct deprived him of a right, privilege, or immunity secured by the

Constitution.  *See Thomas v. Ashcroft*, 470 F.3d 491, 496 (2d Cir. 2006) (citing *Bivens*, 403 U.S.

at 389); *accord Dubois v. City of White Plains*, 16 Civ. 07771, 2018 WL 6025868, at *3

(S.D.N.Y. Nov. 16, 2018).

WHEREAS, Bivens relief is available only against federal officials who are personally

liable for the alleged constitutional violations.  *Ziglar v. Abbasi*, 137 S. Ct. 1843, 1860 (2017);

*Turkmen v. Hasty*, 789 F.3d 218, 233 (2d Cir. 2015) (citing *Iqbal*, 556 U.S. at 676-77).  A

plaintiff must allege facts showing the defendants' direct and personal involvement in the alleged

constitutional deprivation.  *See Spavone v. N.Y. State Dep't of Corr. Serv.*, 719 F.3d 127, 135 (2d

Cir. 2013) ("It is well settled in this Circuit that personal involvement of defendants in [the]

alleged constitutional deprivations is a prerequisite to an award of damages under § 1983.")

(internal quotation marks omitted); *accord Nguedi v. Caulfield*, 813 F. App'x 1, 3 (2d Cir. 2020) (summary order) (affirming dismissal of claims brought against a former police commissioner for failure to allege personal involvement).  "[A] plaintiff must plead and prove the elements of the underlying constitutional violation directly against [each defendant]." *Tangreti v. Bachmann*, 983 F.3d 609, 620 (2d Cir. 2020).

WHEREAS, the Eighth Amendment protects federal pretrial detainees from deliberate indifference to their serious medical needs.  *See Charles v. Orange Cnty.*, 925 F.3d 73, 85 (2d Cir. 2019).  To state a claim for inadequate medical care, a plaintiff must plead facts showing that (1) the deprivation of medical care is objectively "sufficiently serious" in light of a medical condition "that may produce death, degeneration, or extreme pain"; and (2) the defendant-official "knew . . . or should have known that failing to provide the omitted medical treatment would pose a substantial risk to detainee's health." *Id*. at 86-87.

WHEREAS, the Amended Complaint states a *Bivens* claim against Joaquin Y.   The Amended Complaint alleges that Plaintiff made numerous complaints to Joaquin Y. about his jaw injury and that despite Plaintiff's requests and pain, Joaquin Y. did not call a doctor.  The Amended Complaint does not allege specific facts sufficient to support *Bivens* claims against Cheryl Ancrum or Robert Beaudoin.   It is hereby

**ORDERED** that any claims against Cheryl Ancrum or Robert Beaudoin are **DISMISSED**.

## III.   VALENTIN ORDER

WHEREAS, under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997); *accord Genao v. City of New York*, No. 20 Civ. 8721, 2020 WL 7360650, at *1 (S.D.N.Y. Dec. 15, 2020).

4

WHEREAS, in the Complaint and Amended Complaint, Plaintiff supplies sufficient information to permit the United States Attorney for the Southern District of New York to identify Joaquin Y.  *See* Exhibit A.  It is hereby

**ORDERED** that, the United States Attorney for the Southern District of New York, who is the attorney for and agent of the BOP, shall ascertain the service address for Joaquin Y., and provide this information to Plaintiff and the Court **within sixty days of the date of this Order**. Thereafter, the Court will issue an order directing the Clerk of Court to complete a USM-285 form with the address for Joaquin Y. and deliver all documents necessary to effect service on Joaquin Y. to the U.S. Marshals Service.

## IV.    UPDATED ADDRESS

WHEREAS, the Court received by mail Plaintiff's August 2, 2021, letter, attached as Exhibit B.  The August 2, 2021, letter states that Plaintiff is moving to the Metropolitan Detention Center and that his new address is as follows:

> Jimmy FanFan (#90863-053)
> Metropolitan Detention Center
> 80 29th Street
> Brooklyn, NY 11232

## V.    CONCLUSION

All claims against Robert Beaudouin and Cheryl Ancrum are **DISMISSED** with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Amended Complaint (Dkt. Nos. 2 and Exhibit A) to the Civil Division of the Office of the United States Attorney for the Southern District of New York at 86 Chambers Street, 3rd Floor, New York, New York 10007.

The Clerk of Court is also respectfully directed to update Plaintiff's address on the docket and to mail a copy of this Order to *pro se* Plaintiff and to Dr. Daniel Kaufman, at the following address:

> Discreet Plastic Surgery;
> 1599 East 15th Street
> Brooklyn, NY 11230.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a non-frivolous issue); *accord United States v. Kosic*, 944 F.3d 448, 449 (2d Cir. 2019).

Dated: August 13, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

6

5·18·21

Hon. Judge Lorna G Schofield,

I'm writing you in Reference case
21 Civ. (704), This is the Suppulment
to please ADD

Supplement Points                    5.18.21

Hon. Judge Lorna G Schofield,
    This is case # cv.00704, Jimmy
FanFan # 90863-053, This is the supplment
to Add these individuals back on my suit
please, Robert Beaudouin, Cheryl Ancrum DDS,
Joaquin Y, MLP.


    I've complained to staff on 2.22.20 of
Flu like symptoms. I complained to M.D Singh
and also to Joaquin many times. I
passed out on or around a week later,
And when I passed out I hit my
Jaw on the Floor, and complained to
Joaquin and was told the Doctor
would see me. but as weeks past
I seen no Doctor. I stopped the
A.W Assisant Warden and complained of
my Jaw. She got me to X-Rays.
When @ X-RAyed came to ford out
I had 2 Fractured on my Jaw.
When I made many complaints to
Joaquin he never called me or the
doctor never called me to sick call.
I told them I was in Extreame
pain. When they sent me to outside
hosipal to Dr. Daniel Kaufman, when
I got the wires removed it was
for sure I think he rebroke my Jaw
it is not lined up and also I'm
in pain when I lay on that

side of my face, As you can see from my medical records. I had (2) Fractures. If sick call would of took me serious this could of been Avoided. Now I have permenant damage to my jaw.

God bless,

Jimmy FanFan

Jimmy FanFan
#90863-053
150 Park Row
New York N-y 10007

Defendant 4: __Daniel__ __KAUFMAN__
First Name                Last Name

__Doctor__
Current Job Title (or other identifying information)

__Ocean Ave__
Current Work Address (or other address where defendant may be served)

__Kings__          __N.Y__
County, City       State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __M.C.C Metropolitan correctional center,__

Date(s) of occurrence: __2.22.20, 3;20.20, 4.3.20__

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I complained to Medical STaff of flu like Symptoms to Medical, staff ignored complaint on 2.22.20 from flu like symptoms I passed out, Medical claim there was nothing wrong with me, but I complained of pain in jaw, and was told take an Aspiran, when the pain would not go away. I stop the A.W of M.C.C and explained I could not bare the pain in left Jaw. A.W had them look at me on 3.2.20 they said I would get X-Ray's, this was what Joaquin stated. I had to make Multipule complaints to get to X-Ray, And when I did on 3.19.20 the X-Ray showed I had 2 Fratures in left Jaw. On 4.23.20 when hardware was Removed it was torture he cut me gums Dr. Kaufman to Removed the Screws without

Page 5

ATTAch, Exibit (1)

Any proper sadat to ease the pain
I was in so much pain. I felt
like passing out. The officers that escorted
me had to hold me down to the chair.
As Dr. Daniel Kaufman removd the
screws and plate off my gums. As
for what Medical woote where lies.
There was Extreame Pain. And also
given the wrong medication on 5.17.20 by
Lopes. Hygor NRP which was 100 mg of Methadone.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical
treatment, if any, you required and received.

(1) mandibular left angle fracture and 2) mandibular
left low condylar fracture. I got an Operation
to line my Jaw, with screws, wires and
2 metal plates on my Gums.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Two Million Dollers, $ 2,000,000 is
what I'm Seeking...

Exibit (1)

Any proper Sadat to ease the Pain
I was in so much pain, I felt
like passing out. The officers that
escorted me had to hold me down
to the chair, As Dr. Daniel Kaufman
removed the screws and plate off
my gums. As for what Medical wrote
is a bunch of lies, I was in extream
pain. I was given the wrong medication
by Lopes, Hygoz NRP, which was
a 100 mg of Methadone.

Jimmy FanFan
Jimmy FanFan
#90863-053

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Robert        Beaudouin  MD
               First Name     Last Name

               Doctor
               Current Job Title (or other identifying information)

               150 Park Row, New York
               Current Work Address (or other address where defendant may be served)

               New york        N·Y        1000 7
               County, City    State      Zip Code

Defendant 2:   Y             Joaquin
               First Name     Last Name

               MLP
               Current Job Title (or other identifying information)

               150 Park Row
               Current Work Address (or other address where defendant may be served)

               New york        N·Y        1000 7
               County, City    State      Zip Code

Defendant 3:   Cheryl         Ancrum
               First Name     Last Name

               Dentist
               Current Job Title (or other identifying information)

               150 Park Row
               Current Work Address (or other address where defendant may be served)

               New york        N·y        1000 7
               County, City    State      Zip Code

If the defendant is an individual:

The defendant, _Robert Beaudouin, MD,_ is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Jimmy_                                    _Fan Fan_
First Name          Middle Initial          Last Name

_150   Park Row, Metropolitan Corr. Center._
Street Address

_New York_              _N.Y_              _10007_
County, City              State              Zip Code

_(347)234.1296_
Telephone Number                    Email Address (if available)

Page 3

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

8th Amendment, Pain and Suffering.
Cruel Unusual Punishments Inflicted
Negligence.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 25  AM 11: 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jimmy Fanfan #90863-053

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

M.C.C
F.B.O.P, Robert Beaudouin MD,
Joaquin Y, MLP, Ancrum cheryl
DDs, Dr. Daniel Kaufman, Lopes Hy-
gor NRP, Singh Mandeep PA.C

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

*Exhibit (1)*

## Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex:    M    Race: BLACK | Facility: | NYM |
| Note Date: | 03/18/2020 14:09 | Provider:  Ancrum, Cheryl DDS | Unit: | I01 |

**Reviewed Health Status:**  Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          Provider: Ancrum, Cheryl DDS

Oral Surgery consult for evaluation of 1) mandibular left angle fx and 2) mandibular left low condylar fx, as per Dr. Kaufman

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oral Surgery | 03/19/2020 | 03/19/2020 | Urgent | No | |

**Subtype:**

Oral Surgery

**Reason for Request:**

Per Dr. Kaufman, please send to ER to evaluate 1) mandibular left angle fracture and 2) mandibular left low condylar fracture

**Provisional Diagnosis:**

Mandibular fractures

**Additional Records Required for Consultation:**

X-ray Image(s)

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Ancrum, Cheryl DDS on 03/18/2020 14:14

Requested to be reviewed by  Beaudouin, Robert MD.

Review documentation will be displayed on the following page.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *1-18-21* | *Jimmy Fan Fan* |
| Dated | Plaintiff's Signature |
| *Jimmy* | *FAn FAn* |
| First Name     Middle Initial | Last Name |

*150 Park Row, Mcc New York, Metropolitan c.c*
Street Address

*New York*       *N.Y*       *1000 7*
County, City       State       Zip Code

*(347) 234-1296*
Telephone Number            Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

     If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Jimmy Fountan # 90863-053

M.C.C New York.

Metropolitan Correctional Centre

N 150 Park Row

New York NY 10007

Pro Se Intake Unit

500 Pearl Street

New York NY 10007





2021 JAN 25 AM 11:44

TRULINCS  90863053 - FANFAN, JIMMY - Unit: NYM-I-N

-------------------------------------------------------------------------------------------------

FROM: Dental
TO: 90863053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/12/2020 12:37:03 PM

You had a complex fracture (multiple areas). If you are having any issues with the surgery, you need to go back to the specialist (Oral Surgeon) who did it, at least once, so he can take other types of x-rays, as needed, evaluate and address your concerns. The x-ray taken at MCC NY was not for on site diagnosis or determination of treatment outcome. Pain meds will be renewed but it is up to the Oral Surgeon to determine if they will be needed long term. The dentist at MCC NY is not a specialist, cannot answer your questions and cannot provide any further guidance in this matter Again, it is highly advised that you return to the Oral Surgeon, that did the initial surgery, for follow up.

Are you ready to be set up with a follow up appointment for the Oral Surgeon? Please respond with a return email. Until then, the refusal form you signed on 6/3/2020 remains in effect. Again, when you return to the facility, you will be put in quarantine for 2 weeks, per COVID-19 protocol.

>>> ~^!"FANFAN, ~^!JIMMY" <90863053@inmatemessage.com> 8/11/2020 2:48 PM >>>
To: dental
Inmate Work Assignment: inmate comp.

why would i go to the dentist that mess up my jaw in the first place?plus i ask you the results from the x-ray.also i have to stay with the pain i guess? i did not refuse 3 times

## NYM/InmateToDental - 6771f453-ea25-4933-908e-ade16efab5fc

| | |
|---|---|
| **From:** | NYM/InmateToDental |
| **To:** | ~^!FANFAN, ~^!JIMMY |
| **Subject:** | 6771f453-ea25-4933-908e-ade16efab5fc |

Your name is on the dental schedule to be seen by the Dentist for the dental discomfort you mentioned to Medical.

Response by Dental Assistant

>>> ~^!"FANFAN, ~^!JIMMY" <90863053@inmatemessage.com> 5/25/2020 10:02 AM >>>
To: dental
Inmate Work Assignment: inmate comp.

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
6771f453-ea25-4933-908e-ade16efab5fc
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


can i please get a tooth cleaning.ive been asking for almost two years....

5/26/2020

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M  Race: BLACK | Facility: NYM |
| Encounter Date: 02/09/2020 16:26 | Provider: Singh, Mandeep PA-C | Unit: K01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Singh, Mandeep PA-C

**Chief Complaint:** Cold or Flu Symptoms

**Subjective:** 48 y/o M presented during pill line for sore throat. Pt. states it started x3 days ago. He states he has pain and hoarseness. Denies drooling, dysphagia, throat closing, sob, CP, cough, fever, chills, N/V/D.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/09/2020 | 16:26 NYM | 98.0 | 36.7 | Oral | Singh, Mandeep PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/09/2020 | 16:26 | 78 | Via Machine | | Singh, Mandeep PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/09/2020 | 16:26 NYM | Unavailabl | | | | Singh, Mandeep PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/09/2020 | 16:26 NYM | 98 | Room Air | Singh, Mandeep PA-C |

**Exam Comments**

Gen: A and O x3, NAD, gat normal, Hoarseness noted with communication

Throat Injected w/ exudates, + tonsillar LAD. neg all others
Lungs: clear.

**ASSESSMENT:**

Acute laryngopharyngitis, J060 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Azithromycin Tablet | 02/09/2020 16:26 |

**Prescriber Order:** as directed on Z pack Orally - daily x 5 day(s) -- Please dispense Z pack or tablets according to z pack dosing.

**Indication:** Acute laryngopharyngitis

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

Generated 02/09/2020 16:36 by Singh, Mandeep PA-C    Bureau of Prisons - NYM    Page 1 of 2

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Encounter Date: 02/22/2020 08:00 | Provider: Joaquin, Y. MLP | Unit: K01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Joaquin, Y. MLP

   **Chief Complaint:** Other Problem
   **Subjective:**       Called for a "Medical Emergency" in 11 north. Inmate Fanfan was conveniently laying down on the floor by the common/TV area. When questioned of why he was in the floor he responded: "because I have flu-like symptoms for 2 days", he get up immediately when instructed by this clinician.
   **Pain:**             No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/22/2020 | 08:00 NYM | 98.6 | 37.0 | Oral | Joaquin, Y. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/22/2020 | 08:00 | 90 | Via Machine | Regular | Joaquin, Y. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/22/2020 | 08:00 NYM | 16 | Joaquin, Y. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/22/2020 | 08:00 NYM | 111/65 | Right Arm | Sitting | Adult-regular | Joaquin, Y. MLP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 02/22/2020 | 08:00 | 103 | Random | | Joaquin, Y. MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/22/2020 | 08:00 NYM | 100 | Room Air | Joaquin, Y. MLP |

**Exam:**
   **General**
      **Affect**
         Yes: Cooperative
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
         No: Appears Distressed, Cachectic, Jaundiced, Unconscious, Lethargic, Obtunded, Stuporous, Dyspneic, Appears in Pain, Pale, Cyanotic, Diaphoretic, Disheveled
   **Skin**
      **General**
         Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M   Race: BLACK | Facility: | NYM |
| Encounter Date: 02/22/2020 08:00 | Provider: Joaquin, Y. MLP | Unit: | K01 |

**Exam:**

    **Ears**

        **Tympanic Membrane**

            Yes: Within Normal Limits

        **Canal**

            Yes: Within Normal Limits

        **External Ear**

            Yes: Within Normal Limits

    **Pulmonary**

        **Auscultation**

            Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

            No: Crackles, Inspiratory-Crackles, Rhonchi, Wheezing

    **Cardiovascular**

        **Auscultation**

            Yes: Regular Rate and Rhythm (RRR)

**Exam Comments**

    Inmate evaluated after a call from Ops lieutenant.
    Inmate was not in distress. He was laying down on the floor "because he had flu-like symptoms for 2 days", "I wanted to
see medical".
    Inmate was not coughing, no fever, normal vitals. Did not look in any pain or distress. Lungs were clear and well
ventilated.

**ASSESSMENT:**

Counseling, unspecified, Z719 - Current - *R/O malingering*

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/22/2020 | Counseling | Access to Care | Joaquin, Y. | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Joaquin, Y. MLP on 02/22/2020 11:02

Requested to be cosigned by Beaudouin, Robert MD.

Cosign documentation will be displayed on the following page.

| Inmate Name: | FANFAN, JIMMY | | | Reg #: | 90863-053 |
|---|---|---|---|---|---|
| Date of Birth: | 10/20/1971 | Sex: | M    Race:  BLACK | Facility: | NYM |
| Encounter Date: | 03/02/2020 13:07 | Provider: | Joaquin, Y. MLP | Unit: | K01 |

**Date**    **Time**    **Value(%)  Air**      **Provider**

**Exam:**
### General
#### Affect
     Yes: Cooperative
#### Appearance
     Yes: Appears Well, Alert and Oriented x 3
     No: Appears Distressed, Appears in Pain

**Exam Comments**
   Patient complaining of pain on left lower jaw.
   To the examination:
   No malalignment of his bite. No deformities.
   patient describes getting pain on Ptemporomandibular joint
   Patient evaluated by Dr. Cho who recommended evaluation with x-rays of his jaw.

**ASSESSMENT:**

Jaw pain, R6884 - Current

**PLAN:**

**New Medication Orders:**
**Rx#**    **Medication**        **Order Date**
   Acetaminophen 325 MG Tablet      03/02/2020 13:07
     **Prescriber Order:**    Two tablets Orally  -  three times a day PRN x 5 day(s) -- As needed for Left
           jaw pain.
           Take it with food.

     **Indication:**  Jaw pain

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Mandible-General [Left] One Time | | | 03/03/2020 | Routine |

     **Specific reason(s) for request (Complaints and findings):**
       Left jaw pain(pain on Left Temporomandibular Join)

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/02/2020 | Counseling | Access to Care | Joaquin, Y. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Joaquin, Y. MLP on 03/02/2020 13:23
Requested to be cosigned by  Beaudouin, Robert MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Encounter Date: | 03/02/2020 13:07 | Provider: Joaquin, Y. MLP | Unit: K01 |

Mid Level Provider - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Joaquin, Y. MLP

        **Chief Complaint:** Pain

        **Subjective:**    My left jaw hurts. Last time hit my jaw with the floor. It is very difficult to chew the food.

        **Pain:**       Yes

        **Pain Assessment**

| | |
|---|---|
| **Date:** | 03/02/2020 13:09 |
| **Location:** | Jaw |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 8 |
| **Intervention:** | None |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Weeks |
| **Duration:** | 1-2 Weeks |
| **Exacerbating Factors:** | Chewing food |
| **Relieving Factors:** | Do not know. |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/02/2020 | 13:10 | NYM | 98.1 | 36.7 | Oral | Joaquin, Y. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/02/2020 | 13:10 | 100 | Via Machine | Regular | Joaquin, Y. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 16 | Joaquin, Y. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 136/83 | Right Arm | Sitting | Adult-regular | Joaquin, Y. MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 100 | Room Air | Joaquin, Y. MLP |

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M Race: BLACK | Facility: NYM |
| Encounter Date: 03/17/2020 15:19 | Provider: Ancrum, Cheryl DDS | Unit: I01 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Ancrum, Cheryl DDS

**Chief**                    Trauma/Oral Injury

**Subjective:** "I had the flu 4 weeks ago. I hadn't eaten for 8-9 days. I was drinking fluids. Then I came out of my cell to watch TV. Other dudes said I passed out. They said that I fell on the left side of my face. The next morning my jaw hurt. I couldn't eat solid food. I couldn't sleep on that side."

**Pain Location:** Tooth/Teeth

**Pain Scale:** 8

**Pain**          Throbbing

**History of Trauma:**

**Onset:** 1-4 Weeks Ago

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:** Inmate indicates left jaw

**OBJECTIVE:**

**ASSESSMENTS:**

Fracture of mandible, S02609A - Current

Jaw pain, R6884 - Current

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed: yes          Materials Discussed: yes          Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |
| General | Panorex | Completed |

Comments: Referred from Dr. Beaudouin for Panorex to r/o mandibular fracture

Findings: Left non-displaced mandibular angle fracture; not in occlusion clinically but Panorex with stable occlusion

Dr. Beaudoin/NapthCare to set up appt with Dr. Kaufman for evaluation

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Generated 03/17/2020 15:33 by Ancrum, Cheryl DDS          Bureau of Prisons - NYM          Page 1 of 2

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Note Date: | 03/18/2020 14:54 | Provider: Beaudouin, Robert MD | Unit: I01 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**     Provider: Beaudouin, Robert MD
RE-WRITING CONSULT.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 03/19/2020 | 03/19/2020 | Routine | No | |

Subtype:
OFFSITE
**Reason for Request:**

Per Dr. Kaufman, please send to ER to evaluate 1) mandibular left angle fracture and 2) mandibular left low condylar fracture.

Patient is to be referred to KJMC - ER.
Please call Dr. Kaufman to inform him of patient's arrival to the ER.
**Provisional Diagnosis:**

MANDIBULAR AMD LEFT  CONDYLAR FRACTURE

Copay Required: No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Beaudouin, Robert MD on 03/18/2020 15:00

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: FANFAN, JIMMY | Sex: M   Race: BLACK | Reg #: 90863-053 | |
| Date of Birth: 10/20/1971 | Provider: Beaudouin, Robert MD | Facility: NYM | |
| Encounter Date: 04/02/2020 15:14 | | Unit: I01 | |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Beaudouin, Robert MD

**Chief Complaint:** Other Problem

**Subjective:** MED TRIP RETURN S/P ORIF LT MANDIBULAR ANGLE FX, CREF LEFT MANDIBULAR CONDYLAR FRACTURE, MMF, EXCISION OF BONY CHRONIC OSTEOID ON 3/20/20.

DIET: CLEAR LIQUID  PLUS ENSURE,
RX: COLACE
DIFLUCAN 150 MG. Q WEEK
ZANTAC 150 MG.

**Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

Fracture, Zygomatic fracture, closed, S02402A - Current - ORIF LEFT ANGLE OF MANDIBLE, CREF LEFT MANDIBULAR CONDYLAR FRACTRE,

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Nutritional Supplement -Standard 1.0 Cal/MI Liq | | 04/02/2020 15:14 |
| | **Prescriber Order:** 1 CAN Orally -  Two Times a Day x 30 day(s) Pill Line Only | | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Chlorhexidine Gluc Oral Soln 0.12% (Non-Alcohol) | | 04/02/2020 15:14 |
| | **Prescriber Order:** 5 CC Orally -  Two Times a Day x 30 day(s) -- SWISH AND SPIT | | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Fluconazole Tablet | | 04/02/2020 15:14 |
| | **Prescriber Order:** ONE 150 MG  Orally, Weekly x 4 day(s) | | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Docusate Sodium Capsule | | 04/02/2020 15:14 |
| | **Prescriber Order:** TAKE ONE 100 MG CAP Orally -  Two Times a Day x 30 day(s) | | |
| | **Indication:** Constipation, unspecified | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 04/20/2020 | 04/20/2020 | Routine | No | |
| Subtype:<br>OFFSITE | | | | | |
| Reason for Request: | | | | | |

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M  Race: BLACK | Facility: NYM |
| Encounter Date: 04/02/2020 15:14 | Provider: Beaudouin, Robert MD | Unit: I01 |

48 YR OLD MALE S/P ORIFLT MANDIBULAR ANGLE FX, CRF LEFTMANDIBULAR CONDYLAR FRACTURE, MMF, EXCISIONOF BONY CHRNOIC OSTEOID ON 3/20/20, GIVEN FOLLOW-UP FOR REMOVAL OF JAW WIRES  WITH  DR. KAUFMAN'S OFFICE IN OCEAN AVE IN BROOKLYN.

**Provisional Diagnosis:**

S/P ORIF OF LEFT MANDIBLE.

**Diet Orders:**

| **Start Date** | | **Expiration Date** |
|---|---|---|
| 04/02/2020 | Clear Liquid | 05/02/2020 |

**Disposition:**

Follow-up in 1 Month

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 04/02/2020 | Counseling | Diagnosis | Beaudouin, Robert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Beaudouin, Robert MD on 04/02/2020 15:46

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | Sex: M   Race: BLACK | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Provider: Beaudouin, Robert MD | Facility: NYM |
| Encounter Date: 04/02/2020 15:14 | | Unit: I01 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Beaudouin, Robert MD

**Chief Complaint:** Other Problem
**Subjective:** MED TRIP RETURN S/P ORIF LT MANDIBULAR ANGLE FX, CREF LEFT MANDIBULAR
CONDYLAR FRACTURE, MMF, EXCISION OF BONY CHRONIC OSTEOID ON 3/20/20.

DIET: CLEAR LIQUID   PLUS ENSURE.
RX: COLACE
DIFLUCAN 150 MG Q WEEK
ZANTAC 150 MG

**Pain:**     Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

Fracture, Zygomatic fracture, closed, S02402A - Current - *ORIF LEFT ANGLE OF MANDIBLE, CREF LEFT MANDIBULAR CONDYLAR FRACTRE,*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Nutritional Supplement -Standard 1.0 Cal/Ml Liq | | 04/02/2020 15:14 |
| | **Prescriber Order:** | 1 CAN Orally  -  Two Times a Day x 30 day(s) Pill Line Only | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Chlorhexidine Gluc Oral Soln 0.12% (Non-Alcohol) | | 04/02/2020 15:14 |
| | **Prescriber Order:** | 5 CC Orally  -  Two Times a Day x 30 day(s) -- SWISH AND SPIT | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Fluconazole Tablet | | 04/02/2020 15:14 |
| | **Prescriber Order:** | ONE 150 MG  Orally  Weekly x 4 day(s) | |
| | **Indication:** Fracture, Zygomatic fracture, closed | | |
| | Docusate Sodium Capsule | | 04/02/2020 15:14 |
| | **Prescriber Order:** | TAKE ONE 100 MG CAP Orally  -  Two Times a Day x 30 day(s) | |
| | **Indication:** Constipation, unspecified | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 04/20/2020 | 04/20/2020 | Routine | No | |

     **Subtype:**
          OFFSITE
     **Reason for Request:**

See Amendment

| | | |
|---|---|---|
| Generated 04/02/2020 15:46 by Beaudouin, Robert MD | Bureau of Prisons - NYM | Page 1 of 2 |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex:     M | Facility: | NYM |
| Note Date: | 04/03/2020 20:04 | Provider: Beaudouin, Robert MD  Race:BLACK | Unit: | C02 |

Admin Note - Orders encounter performed at Health Services

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**        **Provider:** Beaudouin, Robert MD
>
> ADDING TYLENOL  FOR PAIN.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 04/03/2020 20:04 |

    **Prescriber Order:**      2 TABS Orally  -   Two Times a Day x 10 day(s)

    **Indication:** Fracture of mandible

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Beaudouin, Robert MD on 04/03/2020 20:06

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Encounter Date: 04/03/2020 12:55 | Provider: Beaudouin, Robert MD | Unit: I01 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Beaudouin, Robert MD

    Chief Complaint: Other Problem

    Subjective:   MED TRIP RETURN S/P ORIF LT MANDIBULAR ANGLE FX, CREF LEFT MANDIBULAR
             CONDYLAR FRACTURE, MMF, EXCISION OF BONY CHRONIC OSTEOID ON 3/20/20.

             DIET: CLEAR LIQUID   PLUS ENSURE.
             RX: COLACE
             DIFLUCAN 150 MG  Q WEEK
             ZANTAC 150 MG BID.

    Pain:       Not Applicable

**COMPLAINT 2**       **Provider:** Beaudouin, Robert MD

    Chief Complaint: Other Problem

    Subjective:   I ACCOMPANIED THE INATME TO HIS UNIT. HE WAS IN NO DSITRESS.
             HE DENIED INJURY FROM THE TRIP.

    Pain:       Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

Fracture, Zygomatic fracture, closed, S02402A - Current - *ORIF OF LEFT ANGLE OF MANDIBLE, CREF LEFT MANDIBULAR
CONDYLAR FRACTRE,*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Suspension 100 MG/5ML | 04/03/2020 12:55 |

      **Prescriber Order:**      5 CC Orally  - three times a day PRN x 30 day(s) -- TAKE AS NEEDED
                   ONLY.

      **Indication:**  Jaw pain, Fracture, Zygomatic fracture, closed, Fracture of mandible

Copay Required: No          Cosign Required: No

Telephone/Verbal Order:   No

Completed by Beaudouin, Robert MD on 04/03/2020 12:57

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:  FANFAN, JIMMY | | Reg #:   90863-053 |
| Date of Birth:  10/20/1971 | Sex:  M        Race:  BLACK | Facility:  NYM |
| Encounter Date:  04/17/2020 11:29 | Provider:  Ancrum, Cheryl DDS | Unit:   Z02 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

  **COMPLAINT  1**     **Provider:** Ancrum, Cheryl DDS

   **Chief**        Pain

   **Subjective:**  c/o increasing pain and left facial swelling; 2 weeks S/P discharge for ORIF Left mandibular angle fx, left condylar fx, MMF, and excision of chronic bony osteoid (3/20/2020).

   **Pain Location:**  Lower Jaw

   **Pain Scale:**  8

   **Pain**        Throbbing, Aching

   **History of Trauma:**

   **Onset:**  1-4 Weeks Ago

   **Duration:**

   **Exacerbating Factors:**

   **Relieving Factors:**

   **Comments:**  Inmate indicates left jaw

**OBJECTIVE:**

**ASSESSMENTS:**

Alveolitis of jaws, M273 - Current

Jaw pain, R6884 - Current

**PROCEDURE:**

**Dental Procedures**

  Universal Protocol Followed:  yes          Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|
| General | Examination, Limited | Completed |

Comments: Inmate in MMF; moderate left facial swelling; no suppuration noted; spoke with Dr. Kaufman, who will see inmate next week for evaluation and removal of MMF; inmate has Rx pain meds and Rx Peridex--instructed to continue as directed; will add antibiotics

Panorex not operable at this time

**PLAN:**

**New Medication Orders:**                                          **Order Date**

**Rx#**        **Medication**                                       04/17/2020 11:29

      Clindamycin HCl Capsule

      **Prescriber Order:**    300mg Orally Mouth - three times a day x 7 day(s) -- crush for use

      **Indication:** Alveolitis of jaws

See Amendment

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Encounter Date: 04/23/2020 17:24 | Provider: Singh, Mandeep PA-C | Unit: Z02 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Singh, Mandeep PA-C

**Chief Complaint:** Medical Trip Return
**Subjective:** 48 y/o M return from the hospital trip. Pt. went to get ORIF of mandibular fracture extraction. All the hardware was removed and extensive amount of gingival hypertrophy debrided.
**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/23/2020 | 17:25 | 103 | Via Machine | | Singh, Mandeep PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/23/2020 | 17:25 NYM | 142/66 | Left Arm | Sitting | Adult-regular | Singh, Mandeep PA-C |

**Exam Comments**

Gen: A and O x3, moderately distressed.

**ASSESSMENT:**

Fracture of mandible, S02609A - Current

Fracture, Zygomatic fracture, closed, S02402A - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**

f/u with MCC dental
F/u with Dr. Kaufman PRN
STRICT soft/liquid diet for 2 additional week, then advance to soft and solid diet as tolerated.
for any question call 646-515-8303

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/23/2020 | Counseling | Access to Care | Singh, Mandeep | Verbalizes Understanding |

**Copay Required:** No   **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Singh, Mandeep PA-C on 04/23/2020 17:27
Requested to be cosigned by Beaudouin, Robert MD.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: M   Race: BLACK | Facility: | NYM |
| Encounter Date: | 05/22/2020 09:59 | Provider: Beaudouin, Robert MD | Unit: | I01 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Beaudouin, Robert MD

**Chief Complaint:** Other Problem

**Subjective:**   PATIENT IS HERE FOR FOLLOW-UP AFTER HE WAS ERRONEOUSLY GIVEN   A DOSE OF METHADONE 5 DAYS AGOM AND  WAS GIVEN INTRANSAL NARACN. STATES HE IS 100 % FINE, HAS NO PROBLEM, IS NOT  TIRED  OR SLEEPY, HAS NO GI OR NEUROLOGICAL COMPLAINTS.

**Pain:**      Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/22/2020 | 10:00 NYM | 97.9 | 36.6 | Forehead | Beaudouin, Robert MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/22/2020 | 10:00 | 78 | Via Machine | | Beaudouin, Robert MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/22/2020 | 10:00 NYM | 12 | Beaudouin, Robert MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/22/2020 | 10:00 NYM | 134/82 | Left Arm | | | Beaudouin, Robert MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/22/2020 | 10:00 NYM | 100 | Room Air | Beaudouin, Robert MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/22/2020 | 10:00 NYM | 192.6 | 87.4 | | Beaudouin, Robert MD |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic, Disheveled, Unkempt, Acutely Ill

**Nutrition**

No: Appears Obese

**Eyes**



## MCC New York NYM

| | | | |
|---|---|---|---|
| Patient: | **FANFAN, JIMMY (Male)** | DOB: | 10/20/71 |
| Register#: | 90863-053 | Age: | 48 |
| Date: | 06/19/20 10:05 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Left jaw pain, surgery was done 3/20/2020 | | |
| Priors: | | | |
| Exams: | FILM MANDIBLE | | |
| Referring Phy: | | | |
| Ordering Phy: | Joaquin, Y. MLP | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00182925 | | | |

**Final Report**

Exam: FILM MANDIBLE

INDICATION: Left jaw pain, surgery was on 3/20/20

COMPARISON: None

FINDINGS: 2 views of the mandible are obtained.

There is plate and screw fixation of healed left mandible angle fracture in anatomic alignment. Hardware is intact without hardware complication.

No acute fracture. Temporomandibular joint alignment appear maintained.

No acute osseous erosive changes are identified radiographically.

Soft tissues are unremarkable.

No radio-opaque foreign bodies seen.

Visualized paranasal sinuses unremarkable by radiograph.

IMPRESSION:

There is plate and screw fixation of healed left mandible angle fracture in anatomic alignment. Hardware is intact without hardware complication.

No acute fracture. Temporomandibular joint alignment appear maintained.

Soft tissues unremarkable by radiograph.

Radiologist:                Farhad Khorashadi, MD

Study ready at 10:07 and initial results transmitted at 12:10

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: | M   Race: BLACK | Facility: | NYM |
| Note Date: | 05/05/2020 13:11 | Provider: | Beaudouin, Robert MD | Unit: | C02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Beaudouin, Robert MD

PATIENT REPORTS CONSTINUED PAIN IN  THE LEFT LOWER MANDIBUALR AREA.
WILL RENEW THE T3.

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 05/05/2020 13:11 |

   **Prescriber Order:**     TAKE 2 TABS Orally  -  Two Times a Day x 5 day(s) Pill Line Only

   **Indication:** Fracture, Zygomatic fracture, closed

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Beaudouin, Robert MD on 05/05/2020 13:14

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex:  M | Facility: | NYM |
| Note Date: | 05/11/2020 20:48 | Provider:  Beaudouin, Robert MD | Unit: | I01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**         **Provider:** Beaudouin, Robert MD
    PATIENT INFORMED THE PA HE STILL CONTINUES TO HAVE JAW PAIN.
    I DISCUSSED WITH THE PATIENT THAT I WAS RECOMMENDING FOR HIM TO HAVE A FOLLOW-UP
WITH THE ORAL MAXILLO FACIAL SURGEON WHO OPERATED ON HIM. HE STATED HE DID NOT
WANT TO GO FOR A FOLLOW-UP. I WILL REVISIT THIS WITH HIM AGAIN.
    WILL TAPER OFF THE T3 AND PLACED PATIENT ON CYMBALTA.


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 05/11/2020 20:48 |
| | **Prescriber Order:**    2 TABS Orally - Two Times a Day x 7 day(s) Pill Line Only -- TAPER OFF 2 TABS TWICE DAILY FOR DAYS, THEN 1 TAB TWICE DAILY FOR 4 DAYS, THEN D/C. | |
| | **Indication:** Fracture, Zygomatic fracture, closed, Fracture of mandible | |
| | DULoxetine Delayed Release Capsule | 05/11/2020 20:48 |
| | **Prescriber Order:**    30 MG CAP Orally  each evening x 90 day(s) -- TAKE ONE TAB IN PM  X 3 DAYS, THEN 2 TABS IN PM X 177 DAYS. | |
| | **Indication:** Jaw pain | |
| | Naproxen Tablet | 05/11/2020 20:48 |
| | **Prescriber Order:**   TAKE 2 TABS Orally - Two Times a Day x 90 day(s) | |
| | **Indication:** Jaw pain | |

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Beaudouin, Robert MD on 05/11/2020 20:59

| | | | |
|---|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 | |
| Date of Birth: 10/20/1971 | Sex: M  Race: BLACK | Facility: NYM | |
| Encounter Date: 05/17/2020 18:00 | Provider: Lopes, Hygor NRP | Unit: I01 | |

**Exam:**

Observation/Inspection

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate was administered methadone 100mg on error during evening pill line.  Contact was made with the inmate after the error and he was notified of such.  Inmate was explained the side effects of the medication he was administered. Inmate understood and stated he feels fine.  Approx. 45 minutes after being administered the medication, inmate was brought down to health services for evaluation.  Inmate ambulates without assistance with no unsteady gait present. Speaking in full sentences AOx4, pupils are equal and reactive to light from 4mm to 2mm.  Vital signs assessed, noted to be with in normal limits.   Consulted with Dr. Beaudouin who then ordered wither activated charcoal or Narcan intra-nasal.  Contact also made with poison control who advised of the same.  Inmate did deny the activated charcoal but he did accept the Narcan intra-nasal.  Used left Nair, administered 4mg with no complications.  Vital signs reassessed and noted to be within normal limits.  Inmate returned back to housing unit with no incidents to report.

**PLAN:**

**New Medication Orders:**

Rx#   **Medication**

Naloxone Nasal Liquid 4 MG/0.1ML

**Order Date**
05/17/2020 18:00

**Prescriber Order:**   4mg Per Nostril  One Time Dose Given PRN x 0 day(s) Pill Line Only

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Night Stock

**Admin Method:** Pill Line

**Stop Date:** 05/17/2020 18:50

**MAR Label:** 4mg Per Nostril  One Time Dose Given PRN x 0 day(s) Pill Line Only

**One Time Dose Given:** Given Now

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/17/2020 | Counseling | Access to Care | Lopes, Hygor | Verbalizes Understanding |
| 05/17/2020 | Counseling | Medication Side Effects | Lopes, Hygor | Verbalizes Understanding |

**Copay Required:** No           **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes     By:  Beaudouin, Robert MD

**Telephone or Verbal order read back and verified.**

Completed by Lopes, Hygor NRP on 05/17/2020 18:53

Requested to be cosigned by  Beaudouin, Robert MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M  Race: BLACK | Facility: NYM |
| Encounter Date: 05/18/2020 11:00 | Provider: Beaudouin, Robert MD | Unit: I01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

 **COMPLAINT 1**      **Provider:** Beaudouin, Robert MD

 **Chief Complaint:** Other Problem

 **Subjective:** PATIENT IS HERE FOR FOLLOW-UP.
 HE WAS ERRONEOUSLY GIVEN A METHADONE DOSE OF 100 MG  LAST EVENING.
 HE WAS SUBSEQUENTLY EVALUATED, WAS GIVEN INTRANASAL SPRAY OF NARCAN
 4 MG DOSE.  STATES AFTER THE NARCAN HE FELT LESS TIRED.
 STATES HE WORKED LAST NIGHT AS A SUICIDE ATTENDANT, AND HAD NO PROBLEM
 MAINTAINING ATTENTION OR FEELING DROWSY.
 STATES  HE IS  TIRED , AS HE JUST GOT OFF WORK FROM THE NIGHT SHIFT AND
 NEEDS TO GO TO SLEEP.
 STATES IN GENERAL HE FEELS OK.

 **Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 11:00 NYM | 97.8 | 36.6 | Forehead | Beaudouin, Robert MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 11:00 | 89 | Via Machine | | Beaudouin, Robert MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/18/2020 | 11:00 NYM | 14 | Beaudouin, Robert MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/18/2020 | 11:00 NYM | 119/72 | Left Arm | | | Beaudouin, Robert MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/18/2020 | 11:00 NYM | 97 | Room Air | Beaudouin, Robert MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 11:00 NYM | 190.0 | 86.2 | | Beaudouin, Robert MD |

**Exam:**

 **General**

  **Affect**

   Yes: Cooperative

  **Appearance**

   Yes: Appears Well, Alert and Oriented x 3

   No: Appears Distressed, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic,

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: M    Race: BLACK | Facility: | NYM |
| Encounter Date: | 06/01/2020 12:57 | Provider: Ancrum, Cheryl DDS | Unit: | I01 |

Administrative Note encounter at Dental Clinic.

**Reason Not Done:** Unavailable

**Comments:** Institutional lockdown; inmate to be rescheduled for F/U Panorex

**Cosign Required:** No

Completed by Ancrum, Cheryl DDS on 06/01/2020 12:59.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Facility: | NYM |
| Note Date: | 06/29/2020 08:20   Sex: M   Race: BLACK   Provider: Sommer, Diane MD, | Unit: | I01 |

Admin Note - Chart Review encounter performed at Telehealth

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Sommer, Diane MD, NER-MAST Physician

lab work needs to be rescheduled due to modified operations due to COVID 19

**ASSESSMENTS:**

Adverse effect of other drugs, medicaments and biological substances, T50995S - Resolved

Chest pain, unspecified, R079 - Resolved

Constipation, unspecified, K5900 - Resolved

Dermatitis, unspecified, L309 - Resolved

Gastro-esophageal reflux disease without esophagitis, K219 - Remission

Tinea pedis, B353 - Resolved

**Discontinued Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| *Lab Tests-H-H. Pylori Antigen, stool* | *One Time* | *05/28/2020 00:00* | *Routine* |

**Discontinued Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Plastic Surgery | 03/19/2020 | 03/19/2020 | Routine | No | |

Subtype:

OFFSITE

Reason for Request:

Per Dr. Kaufman, please send to ER to evaluate 1) mandibular left angle fracture and 2) mandibular left low condylar fracture.

Patient is to be referred to KJMC - ER.
Please call Dr. Kaufman to inform him of patient's arrival to the ER.

Provisional Diagnosis:

MANDIBULAR AMD LEFT CONDYLAR FRACTURE

| | | | | | |
|---|---|---|---|---|---|
| Plastic Surgery | 04/20/2020 | 04/20/2020 | Routine | No | |

Subtype:

OFFSITE

Reason for Request:

48 YR OLD MALE S/P ORIFLT MANDIBULAR ANGLE FX, CRF LEFTMANDIBULAR CONDYLAR FRACTURE, MMF, EXCISIONOF BONY CHRNOIC OSTEOID ON 3/20/20, GIVEN FOLLOW-UP FOR REMOVAL OF JAW WIRES  WITH  DR. KAUFMAN'S OFFICE IN OCEAN AVE IN BROOKLYN.

Provisional Diagnosis:

S/P ORIF OF LEFT MANDIBLE.

**Other:**

chart reviewed - no GI complaints
no need for testing

Generated 06/29/2020 08:26 by Sommer, Diane MD,

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: FANFAN, JIMMY | | Reg #: 90863-053 |
| Date of Birth: 10/20/1971 | Sex: M   Race: BLACK | Facility: NYM |
| Encounter Date: 03/02/2020 13:07 | Provider: Joaquin, Y. MLP | Unit: K01 |

Mid Level Provider - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Joaquin, Y. MLP

**Chief Complaint:** Pain
**Subjective:** My left jaw hurts. Last time hit my jaw with the floor. It is very difficult to chew the food.
**Pain:** Yes

**Pain Assessment**
**Date:**                 03/02/2020 13:09
**Location:**             Jaw
**Quality of Pain:**      Aching
**Pain Scale:**           8
**Intervention:**         None
**Trauma Date/Year:**
**Injury:**
**Mechanism:**
**Onset:**                1-2 Weeks
**Duration:**             1-2 Weeks
**Exacerbating Factors:** Chewing food
**Relieving Factors:**    Do not know.
**Reason Not Done:**
**Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 98.1 | 36.7 | Oral | Joaquin, Y. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/02/2020 | 13:10 | 100 | Via Machine | Regular | Joaquin, Y. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 16 | Joaquin, Y. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 136/83 | Right Arm | Sitting | Adult-regular | Joaquin, Y. MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/02/2020 | 13:10 NYM | 100 | Room Air | Joaquin, Y. MLP |

| Inmate Name: FANFAN, JIMMY | | | Reg #: 90863-053 |
|---|---|---|---|

Inmate Name:  FANFAN, JIMMY
Date of Birth:  10/20/1971                    Sex:     M    Race:  BLACK
Encounter Date:  03/02/2020 13:07           Provider:  Joaquin, Y. MLP

Reg #:     90863-053
Facility:  NYM
Unit:      K01

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|

**Exam:**
**General**
    **Affect**
        Yes: Cooperative
    **Appearance**
        Yes: Appears Well, Alert and Oriented x 3
        No: Appears Distressed, Appears in Pain

**Exam Comments**
    Patient complaining of pain on left lower jaw.
    To the examination:
    No malalignment of his bite. No deformities.
    patient describes getting pain on Ptemporomandibular joint.
    Patient evaluated by Dr. Cho who recommended evaluation with x-rays of his jaw.

**ASSESSMENT:**

Jaw pain, R6884 - Current

**PLAN:**

**New Medication Orders:**
**Rx#**    **Medication**
    Acetaminophen 325 MG Tablet

    **Order Date**
    03/02/2020 13:07

        **Prescriber Order:**    Two tablets Orally  -  three times a day PRN x 5 day(s) -- As needed for Left jaw pain.
                    Take it with food.

      **Indication:** Jaw pain

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Mandible-General [Left] One Time | | | 03/03/2020 | Routine |

        **Specific reason(s) for request (Complaints and findings):**
            Left jaw pain(pain on Left Temporomandibular Join)

**Disposition:**
    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/02/2020 | Counseling | Access to Care | Joaquin, Y. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Joaquin, Y. MLP on 03/02/2020 13:23
Requested to be cosigned by  Beaudouin, Robert MD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FANFAN, JIMMY | | Reg #: | 90863-053 |
| Date of Birth: | 10/20/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 03/02/2020 13:07 | Provider: Joaquin, Y. MLP | Facility: | NYM |

**Cosigned by Beaudouin, Robert MD on 03/02/2020 21:38.**



Hon. Judge Lorna G. Sch F...

C/o Clerk of Court

Southern District of New ...

U.S Court House - 500 Pearl S...

New York N.Y 1000

Jimmy Farrington # 009 65 -05 5

M.C-C New York.

150 Park Row

ew York N.Y 1000 7

Aug 2, 21

To: Judge Lorna G. Schofield,
     I'm writing to let the courts
Know Jimmy Fan Fan #90863-053, CASE #
21 Civ.00704 (LGS) is Moving to M.D.C
from M.C.C

I'm at
     80 29th Street
     Brooklyn Ny 11232
So can you please faward all mail to
that address please, And also I'm
Suppose to go to Canaan in P.A in
the Near future. I will KEEP in
Posted.

                    Than K You.

                    Jimmy Fan Fan

                    Jimmy Fan Fan
                       90863-053

                    CASE# 21 Civ.00704

DiD You Recieve My Medical
Record that I mailed you?

Jimmy Fan Fan # 90863053
80 29th STREET
Brooklyn NY 11232

UONP's
SDNY

Clerk of court /c/o
Judge Lorna G. Schofield
United Stats District Court
Southern District of Court
U.S Court House - 500 Pearl Street
of New York