UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY FANFAN,

                Plaintiff,

                21 Civ. 704 (LGS)

      -against-

                ORDER

M.C.C., et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial conference is scheduled for January 5, 2022, at 10:00 a.m.  (Dkt. No. 31.)  It is hereby

      **ORDERED** that the January 5, 2022, conference is **ADJOURNED to January 19, 2022, at 4:10 p.m.**  The Government shall make arrangements to have Plaintiff produced at this conference via telephone.  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  It is further

      **ORDERED** that by **January 10, 2022**, the Government shall file a letter confirming that Plaintiff can be produced for the initial conference.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

> Jimmy FanFan (#90863-053)
> U.S.P. Canaan
> P.O. Box 300
> Waymart, PA 18472

and note service on the docket.

Dated: January 3, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE