

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 10, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *FanFan v. M.C.C. et al.,* 21 Civ. 704 (LGS)

Dear Judge Schofield:

     This Office represents defendant Ysmael Joaquin ("Mr. Joaquin"), a physician assistant at the Federal Bureau of Prisons, in the above-referenced action brought by Jimmy Fanfan ("Plaintiff"), who is proceeding *pro se*.  On December 15, 2021, the Court scheduled a pre-motion conference concerning Mr. Joaquin's anticipated motion to dismiss.  (*See* ECF No. 31).  Then, on January 3, 2022, the Court adjourned the conference to January 19, 2022 at 4:10 p.m.  (*See* ECF No. 32).  The Court also directed counsel for Mr. Joaquin to make arrangements to have Plaintiff produced at the conference, and to submit a letter to the Court, by January 10, 2022, confirming that Plaintiff can be produced for the conference.  (*Id.*).

     In arranging for Plaintiff to be produced for the conference on January 19, 2022, counsel for Mr. Joaquin was advised that USP Canaan, where Plaintiff is currently incarcerated, can produce Plaintiff for a telephone conference only on Mondays, Tuesdays, and Wednesdays between the hours of 9:00 am and 3:00 pm.  Accordingly, counsel for Mr. Joaquin respectfully requests that the Court adjourn the conference to a date and time in accordance with those restrictions.

     Thank you for consideration of this request.

Application **GRANTED**.  The conference scheduled for January 19, 2022, is **ADJOURNED** to **January 24, 2022 at 10:30 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 33 and to mail a copy of this Order to Plaintiff, who is proceeding pro se.

Dated:  January 14, 2022
     New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Tara Schwartz*
     TARA SCHWARTZ
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     Telephone: (212) 637-2633
     Email: tara.schwartz@usdoj.gov

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**