UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY FANFAN,
                            Plaintiff,

                -against-                                    21 Civ. 704 (LGS)

                                                      ORDER
M.C.C., et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Court's January 24, 2022, Order, Plaintiff was permitted to file a memorandum of law in opposition to Defendant Joaquin's motion to dismiss by February 22, 2022. (Dkt. No. 35.)

       WHEREAS, no such opposition was filed. It is hereby

       **ORDERED** that, by **March 15, 2022**, Plaintiff may file a memorandum of law in opposition to Defendant Joaquin's motion to dismiss, not to exceed twenty-five pages. If Plaintiff does not file an opposition brief by that date, the Court will consider Defendant Joaquin's motion fully briefed and will decide the motion on the record before the Court, including the arguments made at the January 24, 2022, conference.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, who is proceeding pro se.

Dated: February 28, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE