UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY FANFAN,

                Plaintiff,                21 **CIVIL** 704 (LGS)

     -against-                       **JUDGMENT**

M.C.C., et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2022, Defendant Joaquin's motion for summary judgment is GRANTED due to Plaintiff's failure to exhaust his administrative remedies prior to filing this action; accordingly, the case is closed.

**Dated:**  New York, New York
          August 26, 2022

                                                **RUBY J. KRAJICK**

                                                     Clerk of Court
                              **BY:**    _J. Saviñon_

                                                     **Deputy Clerk**